UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:04-cr-540-T-30TGW

RICHARD V. TITUS,
_____/

## ORDER CONTINUING DEFENDANT ON SUPERVISED RELEASE

THIS CAUSE is before the Court on this 14th day of January, 2010, on a Petition to Revoke Supervised Release. The Defendant, Richard V. Titus, appeared with Counsel, Mark OBrien and Matthew Perry, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted to allegations one and two in the Petition for Revocation of Supervised Release. Based on the defendant's admission to these allegations in the Petition for Revocation of Supervised Release, the Court finds that defendant has violated the terms of the Order of Supervised Release entered on July 12, 2005.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein is **REINSTATED** as to the above named defendant with the same terms and conditions of the previous Judgment.

DONE AND ORDERED at Tampa, Florida this __14th__ day of January, 2010.

WILLIAM J. CASTAGNA
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation